JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS LLC, a limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>OTIS ELEVATOR COMPANY, a Corporation, THE HARTFORD FIRE INSURANCE COMPANY, a Corporation, and DOES 1- 10, inclusive,<br><br>    Defendants. | Case No.: CV 16-1521-DMG(KSx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [42]** |

Pursuant to the parties' "Stipulation for Dismissal of Action with Prejudice," and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Plaintiff's entire complaint against Defendants Otis and Hartford, as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice;

2. Each Party shall bear their own attorneys' fees and costs incurred in connection with this action; and

3. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: November 30, 2016    _____
                            DOLLY M. GEE
                            UNITED STATES DISTRICT JUDGE